IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

              v.           Civil No. 08-5075

TURA K. GRAVES                                             DEFENDANT

<u>JUDGMENT</u>

Now on this 2nd day of July, 2008, comes on for consideration plaintiff's **Motion For Default Judgment** (document #7), and from said motion, and the pleadings and other documents filed of record in this case, the Court finds and orders as follows:

1.   The Complaint in this matter alleges that defendant is indebted to plaintiff in the sum of $78,452.51, plus interest. The Complaint further alleges a right to recover costs in the sum of $370.00 for filing and docket fees.

Attached to the Complaint is the sworn declaration, pursuant to **28 U.S.C. §1746**, of Loan Analyst Delfin M. Reyes, averring that defendant is indebted to plaintiff for unpaid student loans in the sum of $78,452.51 as of February 1, 2008, with interest accruing thereon at the rate of $7.61 per day.

2.   Service was perfected upon defendant by certified mail, restricted delivery, on April 30, 2008.

3.   Defendant has not responded to the Complaint or otherwise appeared in this matter.

4.   On June 11, 2008, the Clerk of Court entered defendant's Default.

5.   Plaintiff now moves for default judgment.  **F.R.C.P. 55(b)(1)** provides that

> [i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk -- on the plaintiff's request, with an affidavit showing the amount due -- must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

There is no showing that defendant is a minor or an incompetent person, and given that the debt is for student loans, the Court considers it unlikely that either situation obtains.

6.   The Court finds that plaintiff has satisfied the requirements of **Rule 55(b)(1),** and further finds from its computation that as the date of this Order, defendant is indebted to plaintiff in the sum of Seventy-Nine Thousand Nine Hundred Seventy-Nine and 23/100 Dollars ($79,979.23).

**IT IS THEREFORE ORDERED** that the United States of America have and recover judgment against Tura K. Graves in the sum of Seventy-Nine Thousand Nine Hundred Seventy-Nine and 23/100 Dollars ($79,979.23), plus interest at the rate of 2.46% per annum from the date of judgment until paid, for all of which execution may issue.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE